SCOTT N. SCHOOLS (SCSB 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., as nominee for GMAC Mortgage, LLC formerly known as GMAC Mortgage Corporation,**<br><br>          **Plaintiff,**<br><br>         v.<br><br>**STACEY REINECCIUS, ELAINE DIANE STATHAKIS, EMPLOYMENT DEVELOPMENT DEPARTMENT - STATE OF CALIFORNIA, DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, and DOES 1 through 50 , Inclusive,**<br><br>          **Defendants.** | Case No.   3:07-cv-04290-MEJ<br><br><u>**UNITED STATES' ANSWER**</u> |

     COMES NOW the named Defendant, Internal Revenue Service, by and through its undersigned counsel, and answers the Plaintiff's Complaint as follows:

### GENERAL ALLEGATIONS

1. Admits the allegations contained in paragraph 1 of the Complaint.

2. Admits the allegations contained in paragraph 2 of the Complaint.

3. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint.

4. The Internal Revenue Service is currently without the information or knowledge

sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Complaint.

5. Admits the allegations contained in paragraph 5 of the Complaint.

6. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.

7. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint.

8. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint.

9. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint.

10. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint.

11. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint.

FIRST CAUSE OF ACTION

**Declaratory Relief**

12. The Internal Revenue Service incorporates by reference its responses to paragraphs 1 through 11 above.

13. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 13 of the

Complaint.

14. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint.

15. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint.

## SECOND CAUSE OF ACTION

**Equitable Subrogation**

16. The Internal Revenue Service incorporates by reference its responses to paragraphs 1 through 15 above.

17. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint.

19. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint.

## THIRD CAUSE OF ACTION

**Judicial Foreclosure - Deeds of Trust**

20. The Internal Revenue Service incorporates by reference its responses to paragraphs 1 through 19 above.

21. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint.

Answer by the US,
Case No. 3:07-cv-04290-MEJ

3

22. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint.
23. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint.
24. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint.

FOURTH CAUSE OF ACTION

<b>Judicial Foreclosure - Equitable Lien</b>

25. The Internal Revenue Service incorporates by reference its responses to paragraphs 1 through 24 above
26. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Complaint.
27. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint.
28. The Internal Revenue Service is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint.

<b><u>AFFIRMATIVE DEFENSES</u></b>

<b><u>FIRST AFFIRMATIVE DEFENSE</u></b>

The Court lacks subject matter jurisdiction over this action as it is barred by the Anti-Injunction Act and the Declaratory Judgments Act.

<b><u>SECOND AFFIRMATIVE DEFENSE</u></b>

Answer by the US,
Case No. 3:07-cv-04290-MEJ

1  This action is due to be dismissed as Plaintiff has failed to name the proper party
2  defendant as the United States of America. See 28 U.S.C. §2410(a). The Internal Revenue
3  Service is not the proper party defendant.
4  WHEREFORE, the United States of America having fully answered the Plaintiff's
5  complaint prays that this court dismiss the complaint, or, in the alternative, grant judgment in
6  favor of the United States and against the plaintiff so that the plaintiff takes nothing hereby as
7  against the United States, and that the court award to the United States its costs of suit herein
8  together with such other and further relief as the court deems just and equitable in the premises.

Respectfully submitted,

SCOTT SCHOOLS
United States Attorney

Dated: 24 August 2007          By:    /s/ Cynthia Stier
                                      CYNTHIA STIER
                                      Assistant U.S. Attorney
                                      Attorneys for the Defendant

Answer by the US,
Case No. 3:07-cv-04290-MEJ

5