1  JEFFREY H. LOWENTHAL (State Bar No.111763)
   EDWARD EGAN SMITH (State Bar No.169792)
2  SIMON R. GOODFELLOW (State Bar No. 246085)
   STEYER LOWENTHAL BOODROOKAS
3   ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234

6  Attorneys for Plaintiff Mortgage Electronic
   Registration System, Inc. as nominee for GMAC
7  Mortgage, LLC formerly known as GMAC
   Mortgage Corporation
8

9
               UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11
               SAN FRANCISCO DIVISION
12

13

14 MORTGAGE ELECTRONIC                 )   CASE NO.: 3:07-cv-04290-MEJ
   REGISTRATION SYSTEM, INC. as        )
   nominee for GMAC Mortgage, LLC      )   **DEMAND FOR JURY TRIAL**
15 formerly known as GMAC Mortgage     )
   Corporation,                        )
16                                     )
            Plaintiff,                 )
17                                     )
   vs.                                 )
18                                     )
   STACEY REINECCIUS, ELAINE DIANE     )
19 STATHAKIS, EMPLOYMENT               )
   DEVELOPMENT DEPARTMENT -            )
20 STATE OF CALIFORNIA,                )
   DEPARTMENT OF TREASURY -            )
21 INTERNAL REVENUE SERVICE, and       )
   DOES 1 through 50, inclusive,       )
22                                     )
            Defendants.                )
23                                     )
   _____ )
24

25

26

27

28

DEMAND FOR JURY TRIAL
S:\F\Reineccius\Pleadings\Jury.Trial.Demand.wpd

1  Plaintiff Mortgage Electronic Registration System, Inc. as nominee for GMAC
2  Mortgage, LLC formerly known as GMAC Mortgage Corporation hereby demands trial by jury
3  in this action.

5  Dated: August 29, 2007

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: _____
Jeffrey H. Lowenthal
Edward Egan Smith
Simon R. Goodfellow
Attorneys for Plaintiff Mortgage
Electronic Registration System, Inc. as
nominee for GMAC Mortgage, LLC
formerly known as GMAC Mortgage
Corporation

- 1 -

DEMAND FOR JURY TRIAL
S:\F\Reineccius\Pleadings\Jury.Trial.Demand.wpd