EDMUND G. BROWN JR., Attorney General
   of the State of California
RANDALL P. BORCHERDING
Supervising Deputy Attorney General
MARGUERITE C. STRICKLIN, S. B. No. 103161
Deputy Attorney General
 P.O. Box 70550
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2146
 Fax:  (510) 622-2270
 Email:  Marguerite.Stricklin@doj.ca.gov

Attorneys for Defendant
Employment Development Department

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,** as nominee for GMAC Mortgage, LLC, formerly known as GMAC Mortgage Corp.,<br><br>                                     Plaintiff,<br><br>          v.<br><br>**STACEY REINECCIUS,** *et al.***,**<br><br>                                     Defendants. | Case No. 3:07-CV 4290-MEJ<br><br>**EDD's CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

   In accordance with the provisions of title 28, U.S.C. Section 636(c) the undersigned party voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

   Dated:  November 21, 2007                    Respectfully submitted,

                                                EDMUND G. BROWN JR., Attorney General
                                                   of the State of California


                                                 */s/*
                                                MARGUERITE C. STRICKLIN
                                                Deputy Attorney General
                                                Attorneys for Defendant

EDD's Consent 90074009.wpd    OK2007401552

[EDD's Consent Form]          Mortgage Electronic Registration System, Inc., et al. v. Stacey Reineccius, et al.
                                                                                                    CGC-07-463335

1