United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>STACEY REINECCIUS, et al.,<br><br>　　　　　Defendant(s).<br>_____/ | No. C 07-4290 MEJ<br><br>**ORDER CONTINUING CMC**<br><br>**ORDER RE: CONSENT TO MAGISTRATE** |

　　　On November 21, 2007, Defendants Department of Treasury and Employment Development Department filed a Case Management Statement. As all named parties were not involved in the filing of the statement, the Court CONTINUES the Case Management Conference in this matter to December 13, 2007. All parties shall file a joint case management statement by December 6, 2007.

　　　Further, as this matter has been assigned to a magistrate judge, all parties that have not already done so shall also file their consent/declination form by December 6.

　　　**IT IS SO ORDERED.**

Dated: November 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge