UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. as nominee for GMAC Mortgage, LLC formerly known as

Plaintiff(s),

v.

STACEY REINECCIUS, et al.

Defendant(s).

No. C 3:07-cv-04290 - MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11-28-07

Signature: /s/ Jeffrey H. Lowenthal

Counsel for Plaintiff Mortgage Electronic
(Plaintiff, Defendant, or indicate "pro se")