UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION,<br><br>    Plaintiff(s),<br><br>  v.<br><br>STACEY REINECCIUS,<br><br>    Defendant(s).<br>_____/ | No. C 07-04290 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, January 14, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

    Richard W. Wieking
    Clerk, U.S. District Court

Dated: December 3, 2007

    Anthony Bowser, Deputy Clerk to the
    Honorable Marilyn Hall Patel
    (415) 522-3140