1  JEFFREY H. LOWENTHAL (State Bar No.111763)
   EDWARD EGAN SMITH (State Bar No.169792)
2  SIMON R. GOODFELLOW (State Bar No. 246085)
   STEYER LOWENTHAL BOODROOKAS
3   ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234

6  Attorneys for Plaintiff Mortgage Electronic
   Registration System, Inc. as nominee for GMAC
7  Mortgage, LLC formerly known as GMAC
   Mortgage Corporation
8

9
                    **UNITED STATES DISTRICT COURT**
10
                   **NORTHERN DISTRICT OF CALIFORNIA**
11
                         **(SAN FRANCISCO DIVISION)**
12

13

14 | MORTGAGE ELECTRONIC            ) CASE NO.  3:07-cv-04290 - MHP
   | REGISTRATION SYSTEM, INC. as   )
15 | nominee for GMAC Mortgage, LLC )
   | formerly known as GMAC Mortgage ) JOINT CASE MANAGEMENT
16 | Corporation,                   ) STATEMENT
   |                                )
17 |           Plaintiff,           ) Date:     January 14, 2008
   |                                ) Time:     4:00 p.m.
18 | vs.                            ) Judge:    Hon. Marilyn Hall Patel
   |                                ) Location: Courtroom 15, 18th Floor
19 | STACEY REINECCIUS, ELAINE DIANE)
   | STATHAKIS, EMPLOYMENT          )
20 | DEVELOPMENT DEPARTMENT -       )
   | STATE OF CALIFORNIA,           )
21 | DEPARTMENT OF TREASURY -       )
   | INTERNAL REVENUE SERVICE, and  )
22 | DOES 1 through 50, inclusive,  )
   |                                )
23 |           Defendants.          )
   |                                )
24 | _____  )

25

26

27

28

---
JOINT CASE MANAGEMENT STATEMENT
S:\F\Reineccius\Fed. Action\01.14.08 CMC Stmt.wpd

Plaintiff Mortgage Electronic Registration System, Inc. as nominee for GMAC Mortgage, LLC formerly known as GMAC Mortgage Corporation, defendants United States of America, Department of Treasury-Internal Revenue Service ("IRS"), State of California, California Employment Development Department ("EDD") and Stacey Reineccius submit the following joint case management statement.

## DESCRIPTION OF CASE

1. <u>A brief description of the events underlying the action</u>:

On or about March 31, 2006, plaintiff's predecessor loaned defendant Stacey Reineccius a total $1,273,000 secured by a first and second deed of trust against Reineccius' property at 466 8th Street, San Francisco, California. Defendant IRS claims a federal tax lien against the subject property in the amount of $1,025,455 and defendant EDD claims a state tax lien against the subject property in the amount of $219,920, both of which predate plaintiff's deeds of trust. $1,266,921 of the loan proceeds were used to pay off liens and other interests in the subject property which predated the IRS and EDD liens. On or about October 11, 2007, plaintiff foreclosed and acquired the subject property at trustee's sale. In the event it is determined that plaintiff's interest in the subject property is subject to all or part of defendants' liens, plaintiff claims the right under the doctrine of equitable subrogation to an equitable lien of $1,266,921 plus interest, senior in priority to defendants' liens against the subject property. <u>Caito v. United California Bank</u> (1978) 20 Cal. 3d 694, 704; and <u>Katsivalis v. Serrano Reconveyance Co.</u> (1977) 70 Cal. App. 3d 200.

2. <u>The principal factual issues which the parties dispute</u>:

Plaintiff and Reineccius dispute the amount of the IRS and EDD liens. The IRS and EDD dispute the amount of plaintiff's equitable lien.

3. <u>The principal legal issues which the parties dispute</u>:

The validity of the IRS and EDD liens, and, if necessary, the applicability of the doctrine of equitable subrogation and the amount and priority of plaintiff's equitable lien.

///

- 1 -

JOINT CASE MANAGEMENT STATEMENT
S:\F\Reineccius\Fed. Action\01.14.08 CMC Stmt.wpd

4. <u>The other factual issues (e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue) which remain unresolved for the reason stated below and how the parties propose to resolve those issues:</u>

The parties are not aware of any.

5. <u>The parties which have not been served and the reasons:</u>

The parties are not aware of any.

6. <u>The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:</u>

The parties are not aware of any.

7. <u>The following parties consent to assignment of this case to a United States Magistrate Judge for (court or jury) trial:</u>

Plaintiff did not consent to trial by a Magistrate Judge.

## ALTERNATIVE DISPUTE RESOLUTION

8. <u>Please indicate the appropriate responses:</u>

The parties have not filed a Stipulation and Proposed Order selecting an ADR Process.

9. <u>Please indicate any other information regarding ADR process or deadline:</u>

Plaintiff and Reineccius request an early settlement conference before a Magistrate Judge.

## DISCLOSURES

10. <u>The parties certify that they have made the following disclosures (list disclosures of persons, documents, damage computations and insurance agreements):</u>

Plaintiff and the IRS have made their initial disclosures. Reineccius and the EDD will make their initial disclosures prior to the Case Management Conference. In the event that all initial disclosure are not made by the Case Management Conference, plaintiff requests an order requiring that initial disclosure be made by a date certain.

///

///

///

///

- 2 -

JOINT CASE MANAGEMENT STATEMENT
S:\F\Reineccius\Fed. Action\01.14.08 CMC Stmt.wpd

## DISCOVERY

11. <u>The parties agree to the following discovery plan (Describe the plan, e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery):</u>

   a. <u>Parties</u>

The parties are unable to propose a discovery plan until all initial disclosures are made.

## TRIAL SCHEDULE

12. <u>The parties request a trial date as follows:</u>

Unknown.

13. <u>The parties expect that the trial will last for the following number of days:</u>

1 - 2 days.

Dated: January 4, 2008					STEYER LOWENTHAL BOODROOKAS
											ALVAREZ & SMITH LLP


											By: /s/ Jeffrey H. Lowenthal
											     /s/ Edward Egan Smith
											     Jeffrey H. Lowenthal
											     Edward Egan Smith
											     Attorneys for Plaintiff Mortgage
											     Electronic Registration System, Inc. as
											     nominee for GMAC Mortgage, LLC
											     formerly known as GMAC Mortgage
											     Corporation

Dated: January 4, 2008


											By: /s/ Cynthia Stier
											     Attorney for Defendant Department of the
											     Treasury, Internal Revenue Service

Dated: January 4, 2008


											By: /s/ Marguerite Stricklin
											     Attorneys for Defendant Employment
											     Development Dept.

//

- 3 -

JOINT CASE MANAGEMENT STATEMENT
S:\F\Reineccius\Fed. Action\01.14.08 CMC Stmt.wpd

| | | |
|---|---|---|
| 1 | Dated: January 4, 2008 | ZACKS, UTRECHT & LEADBETTER, PC |
| 2 | | |
| 3 | | By: /s/ Paul F. Utrecht |
| 4 | | Attorneys for Defendant Stacey Reineccius |

- 4 -

JOINT CASE MANAGEMENT STATEMENT
S:\F\Reineccius\Fed. Action\01.14.08 CMC Stmt.wpd