1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I declare that I am over the age of eighteen years and that I am not a party to this action. I am an employee of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and my business address is One California Street, Suite 300, San Francisco, CA 94111.

On the date set forth below, I served the following document(s):

JOINT CASE MANAGEMENT STATEMENT

[[x]    by sending the true copies thereof as designated below:

[x]    by placing [ ] the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows:

Cynthia Stier
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Marguerite Stricklin
Edmund G. Brown Jr.
Randall P. Borcherding
P.O. Box 70550
1515 Clay Street, 20th Flr.
Oakland, CA 94612-0550
Telephone (510) 622-2146
Fax (510) 622-2270
Attorneys for Defendant
*[Employment Development Dept.]*

Paul F. Utrecht
Erid D. McFarland
Zacks, Utrecht & Leadbetter, PC
235 Montgomery St., Ste. 400
San Francisco, CA 94104
Telephone (415) 956-8100
Fax (415) 288-9755
*[Attorneys for Defendant*
*Stacey Reineccius]*

[x]    **BY MAIL.** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 4, 2008, at San Francisco, California.

<u>/s/ Elizabeth R. Costiniano</u>

S:\F\Reineccius\Fed. Action\Certificate of Service.wpd