**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 14, 2008

Case No.   C 07-4290 MHP         Judge: MARILYN H. PATEL

Title: MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC -v- STACEY REINECCIUS et al

Attorneys:  Plf: Jeffrey Lowenthal
            Dft: Thom Newman, Lucy Wong, Paul Utrecht

Deputy Clerk: Anthony Bowser   Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Matter referred to a Magistrate Judge for settlement conference, to be completed within the next 60 to 90 days;

Briefing schedules as follows:

    Motions for Summary Judgment to be filed by 5/19/2008;
    Responses to be filed by 6/2/2008;
    Replies to be filed by 6/9/2008;
    Motions to be heard 2:00 pm on 6/16/2008.