UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> STACEY REINECCIUS, *et al.*, <br><br> Defendants. <br> _____/ | No. C 07-4290 MHP (WDB) <br><br> CLERK'S NOTICE OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference will take place on **Tuesday, March 25, 2008, at 2:00 p.m.,** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. **By no later than March 18, 2008,** each party must lodge with the Magistrate Judge a Confidential Settlement Conference Statement. **This Statement must be lodged at the Oakland, California courthouse.** See Magistrate Judge Brazil's Settlement Conference Standing Order, a copy of which can be found on the Court's website at www.cand.uscourts.gov.

Lead trial counsel must appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and settle the case. If an insurance company's agreement would be necessary to achieve a settlement herein, a representative of the insurance company with full authority to negotiate and settle up to the limits of coverage also must attend the settlement conference.

1

1  The parties must notify Magistrate Judge Brazil's law clerk immediately at 510-637-3324
2  if this case settles prior to the date set for settlement conference.
3  Dated: January 16, 2008

                                              Richard W. Wieking, Clerk
                                              United States District Court

                                              By:   Hera Kim
                                                      Law Clerk/Deputy Clerk

cc:     MHP
        Wings