UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,** as nominee for GMAC Mortgage, LLC formerly known as GMAC Mortgage Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**STACEY REINECCIUS, ELAINE DIANE STATHAKIS, EMPLOYMENT DEVELOPMENT DEPARTMENT - STATE OF CALIFORNIA, DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, and DOES 1 through 50 , Inclusive,**<br><br>Defendants. | Case No.   3:07-4290-MHP (WDB)<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed the application of the United States requesting that the person with final settlement authority on behalf of the United States be available for consultation by telephone rather than appear in person in connection with the March 25, 2008 settlement conference in the above-captioned case, and for good cause appearing, the **COURT HEREBY ORDERS** that the request of the United States is granted and that person with final settlement authority on behalf of the United States be available for consultation by telephone rather than

1  appear in person in connection with the March 25, 2008 settlement conference.
2  **SO ORDERED**.
3
4
5  DATED: _____    _____
                                    WAYNE D. BRAZIL
6                                   United States Magistrate Judge

[Proposed] Order., Case No.
3:07-cv-04290-MHP (WDB)

2