1   JEFFREY H. LOWENTHAL (State Bar No.111763)
    EDWARD EGAN SMITH (State Bar No.169792)
2   SIMON R. GOODFELLOW (State Bar No. 246085)
    STEYER LOWENTHAL BOODROOKAS
3     ALVAREZ & SMITH LLP
    One California Street, Third Floor
4   San Francisco, California 94111
    Telephone: (415) 421-3400
5   Facsimile: (415) 421-2234

6   Attorneys for Plaintiff Mortgage Electronic
    Registration System, Inc. as nominee for GMAC
7   Mortgage, LLC formerly known as GMAC
    Mortgage Corporation

8

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION
12

13

14   MORTGAGE ELECTRONIC              )   CASE NO.: 3:07-cv-04290-MEJ
     REGISTRATION SYSTEM, INC. as     )
     nominee for GMAC Mortgage, LLC   )
15   formerly known as GMAC Mortgage  )   **NOTICE OF CHANGE IN COUNSEL**
     Corporation,                     )
16                                    )
                    Plaintiff,        )
17                                    )
     vs.                              )
18                                    )
     STACEY REINECCIUS, ELAINE DIANE  )
19   STATHAKIS, EMPLOYMENT            )
     DEVELOPMENT DEPARTMENT -         )
20   STATE OF CALIFORNIA,             )
     DEPARTMENT OF TREASURY -         )
21   INTERNAL REVENUE SERVICE, and    )
     DOES 1 through 50, inclusive,    )
22                                    )
                    Defendants.       )
23   _____ )

24

25

26

27

28

NOTICE OF CHANGE IN COUNSEL
S:\F\Reineccius\Pleadings\Notice of Change in Counsel.wpd

1    TO THE COURT AND ALL PARTIES OF RECORD:

2        PLEASE TAKE NOTICE THAT the following counsel from the law firm Steyer

3    Lowenthal Boodrookas Alvarez & Smith LLP will be substituted in the above matter in place

4    of Edward E. Smith:

5        Simon R. Goodfellow            sgoodfellow@steyerlaw.com

6

7    Dated: March 18, 2008            Respectfully submitted,

8

9
                                    /s/ Simon R. Goodfellow
10                                   Simon R. Goodfellow
                                    Steyer Lowenthal Boodrookas Alvarez & Smith LLP
11                                   One California Street, Ste. 300
                                    San Francisco, California 94111
12                                   Telephone: (415) 421-3400
                                    Facsimile: (415) 421-2234
13
                                    Attorneys for Plaintiff Mortgage Electronic
14                                   Registration System, Inc. as nominee for GMAC
                                    Mortgage, LLC formerly known as GMAC
15                                   Mortgage Corporation

16

17
     Dated: March 18, 2008            /s/ Edward E. Smith
18                                   Edward E. Smith
                                    Steyer Lowenthal Boodrookas Alvarez & Smith LLP
19                                   One California Street, Ste. 300
                                    San Francisco, California 94111
20                                   Telephone: (415) 421-3400
                                    Facsimile: (415) 421-2234
21

22

23

24

25

26

27

28

NOTICE OF CHANGE IN COUNSEL
S:\F\Reineccius\Pleadings\Notice of Change in Counsel.wpd