UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STACEY REINECCIUS, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C 07-4290 MHP (WDB)<br><br>CLERK'S NOTICE OF SETTLEMENT CONFERENCE *CHANGING TIME TO 1:00 P.M.* |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for **Tuesday, March 25, 2008, at 2:00 p.m.,** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612 has been moved to **1:00 p.m.**.

The parties must notify Magistrate Judge Brazil's law clerk immediately at 510-637-3324 if this case settles prior to the date set for settlement conference.

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States District Court


　　　　　　　　　　　　　　　　　　　　　　　/s/  Michelle L. Sicula
　　　　　　　　　　　　　　　　　　　　　　　By:  Michelle L. Sicula
　　　　　　　　　　　　　　　　　　　　　　　　　　Law Clerk/Deputy Clerk

cc:　　parties, MHP
　　　　wdb