UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> STACEY REINECCIUS, *et al.*, <br><br> Defendants. <br> _____/ | No. C 07-4290 MHP (WDB) <br><br> CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for Tuesday, March 25, 2008, at 1:00 p.m., in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612 has been CONTINUED to **Friday, April 4, 2008, at 1:00 p.m.**

The parties must notify Magistrate Judge Brazil's law clerk immediately at 510-637-3324 if this case settles prior to the date set for settlement conference.

Richard W. Wieking, Clerk
United States District Court

*Michelle Sicula*
By: Michelle L. Sicula
    Law Clerk/Deputy Clerk

cc:    parties, MHP
        wdb

1