UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  4-4-08                                             Time: 2 hours

DOCKET NO.:   C 07-4290 MHP (WDB)

TITLE OF CASE:   Mortgage Electronic Regis. System v. Stacey Reineccius, et al.

ATTORNEY(S):

    Plaintiff:   Edward Smith

    Defendants:   Marguerite Strickland (state); Cynthia Stier (IRS);
                          Paul Utrecht (Reineccius)

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [X] SETTLEMENT CONFERENCE |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [] OTHER: | |

NOTES

Cynthia Stier (US tax attorney) to call Magistrate Judge Brazil by April 17, 2008, to report upshot of her research regarding subrogation regarding the original Greenpoint loan. Magistrate Judge Brazil will then call Ms. Strickland and Mr. Utrecht.