1  JEFFREY H. LOWENTHAL (State Bar No.111763)
   EDWARD EGAN SMITH (State Bar No.169792)
2  SIMON R. GOODFELLOW (State Bar No. 246085)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234

6  Attorneys for Plaintiff Mortgage Electronic
   Registration System, Inc. as nominee for GMAC
7  Mortgage, LLC formerly known as GMAC
   Mortgage Corporation
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12

13 | MORTGAGE ELECTRONIC           ) | CASE NO.  C 07-4290 MHP (WDB)
   | REGISTRATION SYSTEM, INC. as  )
   | nominee for GMAC Mortgage, LLC )
14 | formerly known as GMAC Mortgage ) | STIPULATION AND ORDER
   | Corporation,                  ) | CONTINUING DATE TO FILE
15 |                               ) | SUMMARY JUDGMENT MOTION
   |           Plaintiff,          )
16 |                               )
   | vs.                           )
17 |                               )
   | STACEY REINECCIUS, ELAINE DIANE )
18 | STATHAKIS, EMPLOYMENT         )
   | DEVELOPMENT DEPARTMENT -      )
19 | STATE OF CALIFORNIA,          )
   | DEPARTMENT OF TREASURY -      )
20 | INTERNAL REVENUE SERVICE, and )
   | DOES 1 through 50, inclusive, )
21 |                               )
   |           Defendants.         )
22 |                               )

---

STIPULATION AND ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION
W:\Wp51\Wpdocs\F\Reineccius\Pleadings\Stip.continue MSJ.wpd

Plaintiff Mortgage Electronic Registration System, Inc. as nominee for GMAC Mortgage, LLC and defendants Stacey Reineccius, United States of America, Department of Treasuary - Internal Revenue Service and State of California, Employment Development Department hereby stipulate, through their respective counsel, that in order to provide the parties additional time to further to discuss settlement and potentially engage in another judicially supervised settlement conference before Magistrate Judge Wayne D. Brazil, the May 19, 2008 date for plaintiff to file its summary judgment motion shall be continued for 60 days to a date on or after July 21, 2008. The motion shall be heard in accordance with the Court's calendar.

Dated: May 12, 2008            STEYER LOWENTHAL BOODROOKAS
                               ALVAREZ & SMITH LLP

                               By: /s/ Edward Egan Smith
                                   Jeffrey H. Lowenthal
                                   Edward Egan Smith
                                   Attorneys for Plaintiff Mortgage
                                   Electronic Registration System, Inc. as
                                   nominee for GMAC Mortgage, LLC
                                   formerly known as GMAC Mortgage
                                   Corporation

Dated: May 12, 2008            ZACKS, UTRECHT & LEADBERTTER, PC

                               By: /s/ Paul F. Utrecht
                                   Paul F. Utrecht
                                   Attorneys for Defendant Stacey
                                   Reineccius

Dated: May 12, 2008            UNITED STATES ATTORNEY

                               By: /s/ Cynthia Steier
                                   Cynthia Steier
                                   Attorneys for Defendant United States of
                                   America, Department of Treasury -
                                   Internal Revenue Service

- 1 -

STIPULATION AND ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION
W:\Wp51\Wpdocs\F\Reineccius\Pleadings\Stip.continue MSJ.wpd

1  Dated: May 12, 2008                    CALIFORNIA ATTORNEY GENERAL

3                                          By: /s/ Marguerite Stricklin
                                               Marguerite Celeste Stricklin
4                                              Attorneys for Defendant State of
                                               California, Employment Development
5                                              Department

- 2 -

STIPULATION AND ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION
W:\Wp51\Wpdocs\F\Reineccius\Pleadings\Stip.continue MSJ.wpd

CERTIFICATE OF SERVICE

That STIPULATION AND ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION; and ORDER was electronically filed on May 12, 2008, with the Clerk of the United States District Court, Northern District of California, San Francisco, California, for electronic service upon the parties below.  A copy of this document was sent on May 12, 2008, to the Honorable Marilyn Hall Patel by e-mail.

Cynthia Stier
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
*tel:* 415.436.7000
*fax:* 415.436.6748
*[Attorneys for Defendant Department of the treasury, Internal Revenue Service]*

Paul F. Utrecht
Erid D. McFarland
Zacks, Utrecht & Leadbetter, PC
235 Montgomery St., Ste. 400
San Francisco, CA 94104
*tel:* 415.956.8100
*fax:* 415.288.9755
*[Attorneys for Defendant Stacey Reineccius]*

Marguerite Celeste Stricklin
Attorney General Office
P.O. Box 70550
1515 Clay Street, 20th Flr.
Oakland, CA 94612-0550
*tel:* 510.622.2146
*fax:* 510.622.2270
*[Attorneys for Defendant Employment Development Dept.]*

Dated: May 12, 2008               /s/ Elizabeth R. Costiniano

- 3 -

STIPULATION AND ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION
W:\Wp51\Wpdocs\F\Reineccius\Pleadings\Stip.continue MSJ.wpd