JEFFREY H. LOWENTHAL (State Bar No.111763)
EDWARD EGAN SMITH (State Bar No.169792)
SIMON R. GOODFELLOW (State Bar No. 246085)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Plaintiff Mortgage Electronic
Registration System, Inc. as nominee for GMAC
Mortgage, LLC formerly known as GMAC
Mortgage Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. as nominee for GMAC Mortgage, LLC formerly known as GMAC Mortgage Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STACEY REINECCIUS, ELAINE DIANE STATHAKIS, EMPLOYMENT DEVELOPMENT DEPARTMENT - STATE OF CALIFORNIA, DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  C 07-4290 MHP (WDB)<br><br>ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION |

## ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for summary judgment to be filed by _____;

2. Defendants' responses to be filed by _____;

3. Plaintiff's reply to be filed by _____;

4. Motion to be heard on _____ at _____.

Dated: May ___, 2008

_____
Marilyn Hall Patel
United States District Court Judge

- 1 -