1  JEFFREY H. LOWENTHAL (State Bar No.111763)
   EDWARD EGAN SMITH (State Bar No.169792)
2  SIMON R. GOODFELLOW (State Bar No. 246085)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234

6  Attorneys for Plaintiff Mortgage Electronic
   Registration System, Inc. as nominee for GMAC
7  Mortgage, LLC formerly known as GMAC
   Mortgage Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. as nominee for GMAC Mortgage, LLC formerly known as GMAC Mortgage Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STACEY REINECCIUS, ELAINE DIANE STATHAKIS, EMPLOYMENT DEVELOPMENT DEPARTMENT - STATE OF CALIFORNIA, DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.  C 07-4290 MHP (WDB) <br><br> ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION |

ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION
W:\Wp51\Wpdocs\F\Reineccius\Pleadings\Order MSJ.wpd

# ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for summary judgment to be filed by July 28, 2008;

2. Defendants' responses to be filed by August 11, 2008;

3. Plaintiff's reply to be filed by August 18, 2008;

4. Motion to be heard on August 25, 2008 at 2:00 p.m.

Dated: May 14, 2008

_____
Marilyn Hall Patel
United States District

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

- 1 -

ORDER CONTINUING DATE TO FILE SUMMARY JUDGMENT MOTION
W:\Wp51\Wpdocs\F\Reineccius\Pleadings\Order MSJ.wpd